# United States District Court

### WESTERN DISTRICT OF WASHINGTON

SANDRA M. BAINTER

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5559BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED**.

   March 30, 2011   
Date

   BRUCE RIFKIN     
Clerk

   *s/CM Gonzalez*    
Deputy Clerk